# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00555-CR

**Anthony Jerome Scotts, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT
### NO. D-1-DC-06-206246, HONORABLE CHARLES F. BAIRD, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Anthony Jerome Scotts seeks to appeal a judgment of conviction for possession of cocaine. Sentence was imposed on June 19, 2007. There was no motion for new trial, and the deadline for perfecting appeal was therefore July 19, 2007. Tex. R. App. P. 26.2(a)(1). The pro se notice of appeal was mailed on August 27 and filed on August 29, 2007. Under the circumstances, we lack jurisdiction to dispose of the purported appeal in any manner other than by dismissing it for want of jurisdiction. *See Slaton v. State*, 981 S.W.2d 208 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996).

The appeal is dismissed.

_____

David Puryear, Justice

Before Justices Patterson, Puryear and Pemberton

Dismissed for Want of Jurisdiction

Filed: October 11, 2007

Do Not Publish